# Exhibit 1

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,833,902
Registered May 3, 1994

## TRADEMARK
PRINCIPAL REGISTER

### NBA

NBA PROPERTIES, INC. (NEW YORK CORPORATION)
OLYMPIC TOWER BLDG., 645 FIFTH AVENUE NEW YORK, NY 10022

FOR: CLOTHING; NAMELY, HOSIERY, FOOTWEAR, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, BELTS, TIES, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1960.

OWNER OF U.S. REG. NOS. 864,034, 1,525,782 AND OTHERS.

SER. NO. 74-415,223, FILED 7-21-1993.

DAVID CHO, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,183,983

United States Patent and Trademark Office    Registered Aug. 25, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## NATIONAL BASKETBALL ASSOCIATION

NBA PROPERTIES, INC. (NEW YORK CORPORATION)
OLYMPIC TOWER
645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1969; IN COMMERCE 0-0-1969.

SEC. 2(F).

SER. NO. 75-330,478, FILED 7-25-1997.

CRAIG D. TAYLOR, EXAMINING ATTORNEY

Int. Cls.: 25 and 41

Prior U.S. Cls.: 39 and 107

**United States Patent and Trademark Office**  Reg. No. 1,525,782
Registered Feb. 21, 1989

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPORATION)
645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, TANK TOPS, PAJAMAS, SPORT SHIRTS, BELTS, NIGHTSHIRTS, STOCKING CAPS, WARM-UP OR JOGGING SUITS, JACKETS, BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1-0-1969; IN COMMERCE 1-0-1969.

FOR: ENTERTAINMENT SERVICES, NAMELY, ORGANIZING AND CONDUCTING BASKETBALL EXHIBITIONS, IN CLASS 41 (U.S. CL. 107).

FIRST USE 1-0-1969; IN COMMERCE 1-0-1969.

OWNER OF U.S. REG. NOS. 864,034, 1,216,146 AND OTHERS.

THE DRAWING IS LINED FOR THE COLORS RED AND BLUE.

SER. NO. 696,675, FILED 11-20-1987.

MICHAEL HAMILTON, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

**United States Patent and Trademark Office**  Reg. No. 1,715,549
Registered Sep. 15, 1992

## TRADEMARK
### PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPORATION)
OLYMPIC TOWER BLDG.
645 FIFTH AVENUE
NEW YORK, NY 10022

FOR: JEWELLERY; NAMELY, WRIST WATCHES, PINS, EARRINGS, NECKLACES, RINGS, CUFF LINKS AND BELT BUCKLES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 7-0-1971; IN COMMERCE 7-0-1971.

OWNER OF U.S. REG. NOS. 864,034, 1,622,682 AND OTHERS.

SER. NO. 74-243,902, FILED 2-6-1992.

AMOS T. MATTHEWS, JR., EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**  Reg. No. 1,966,924
Registered Apr. 9, 1996

## TRADEMARK
### PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPORATION)
OLYMPIC TOWER BLDG., 645 FIFTH AVENUE
NEW YORK, NY 10022

 FOR: CLOTHING, NAMELY HOSIERY, FOOTWEAR, T-SHIRTS, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, HATS, WARM-UP SUITS, JACKETS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS, WRIST BANDS, APRONS, BOXER SHORTS, SLACKS, CAPS, EAR MUFFS, AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

 FIRST USE 1-0-1969; IN COMMERCE 1-0-1969.

 OWNER OF U.S. REG. NO. 1,525,782.

 SER. NO. 74-675,875, FILED 5-17-1995.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,157,039

**United States Patent and Trademark Office**    Registered May 12, 1998

## TRADEMARK
PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPORATION)
OLYMPIC TOWER BLDG.
645 FIFTH AVENUE
NEW YORK, NY 10022

  FOR: CLOTHING, NAMELY, HOSIERY, FOOTWEAR, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, WARM-UP SUITS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

  FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

  OWNER OF U.S. REG. NOS. 1,976,449, 1,978,202, AND 2,107,716.

SN 74-393,135, FILED 5-21-1993.

ANDREW A. ROPPEL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,079,493

Registered July 15, 1997

## TRADEMARK
### PRINCIPAL REGISTER



NBA PROPERTIES, INC. (NEW YORK CORPORATION)
OLYMPIC TOWER BLDG.
645 FIFTH AVENUE
NEW YORK, NY 10022

 FOR: CLOTHING; NAMELY, HOSIERY, FOOTWEAR, SWEAT SHIRTS, SWEATPANTS, PANTS, TANK TOPS, JERSEYS, SHORTS, PAJAMAS, SPORT SHIRTS, RUGBY SHIRTS, SWEATERS, BELTS, TIES, NIGHTSHIRTS, WARM-UP SUITS, PARKAS, COATS, CLOTH BIBS, HEAD BANDS AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

 FIRST USE 1-0-1997; IN COMMERCE 1-0-1997.

 OWNER OF U.S. REG. NOS. 864,034, 1,525,782, AND OTHERS.

 SN 74-393,137, FILED 5-21-1993.

RONALD R. SUSSMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,237,767**

**Registered Jul. 04, 2017**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

NBA Properties, Inc. (NEW YORK CORPORATION)
Olympic Tower - 645 Fifth Avenue
New York, NY 10022

CLASS 14: Jewelry; costume jewelry; beaded jewelry; rubber or silicon wristbands in the nature of a bracelet, beaded necklaces; beads for use in the manufacture of jewelry; earrings, necklaces, rings, bracelets, cuff links, pendants, charms for collar jewelry and bracelets; clocks; watches; watch bands and watch straps, watch cases, watch fobs; jewelry boxes, tie clips; medallions; non-monetary coins of precious metal; precious metals; key chains of precious metal; key chains as jewelry; figures and figurines of precious metal; trophies of precious metals

FIRST USE 6-00-1997; IN COMMERCE 6-00-1997

The mark consists of a basketball and hoop on a square base.

OWNER OF U.S. REG. NO. 3139918, 5157364, 3146338

SEC.2(F)

SER. NO. 86-841,222, FILED 12-07-2015
SHAUNIA P CARLYLE, EXAMINING ATTORNEY



*Joseph Matal*
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office